AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ **DISTRICT OF** _____
**MASSACHUSETTS**

UNITED STATES OF AMERICA

**V.**

JULIO CARRION SANTIAGO, PEDRO ALBERTO
MIRANDA, REYNALDO RIVERA, JOSE RODRIGUEZ,
ENRIQUE AGOSTO, JOSE TORRADO, CARLOS SANCHEZ,
LUIS R. SANCHEZ, EDWIN TORREZ, ZULEIMA REYES and
SANTIAGO ARROYO

**CRIMINAL COMPLAINT**

CASE NUMBER: *2004 M 0500 RBC*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.   In or about December 2003 and continuing _____ in   MIDDLESEX AND WORCESTER   county, in the
                        to in or about October 2004

_____ District of   MASSACHUSETTS   defendant(s) did, (Track Statutory Language of Offense)

CONSPIRE TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE A MIXTURE OR SUBSTANCE CONTAINING
A DETECTABLE AMOUNT OF HEROIN, A SCHEDULE 1 CONTROLLED SUBSTANCE

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846, 841(a)(1) _____ .

I further state that I am a(n) _____ SPECIAL AGENT, DEA _____ and that this complaint is based on the following
                                            Official Title

facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT CALICE COUCHMAN

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

_____
Signature of Complainant

**Special Agent Calice Couchman**

Sworn to before me and subscribed in my presence,

10-14-2004   *at 6.55 pm*          at          BOSTON, MASSACHUSETTS
_____                _____
Date                                                           City and State

_____
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE                _____
_____                Signature of Judicial Officer
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. I _____    Investigating Agency __DEA_____

City _____    **Related Case Information:**

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. 04mj500
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____  (01)
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JULIO CARRION SANTIAGO_____    Juvenile    ☐ Yes    ☒ No

Alias Name __MACHO_____

Address __264 MECHANIC ST., 2ND FL., LEOMINSTER, MA_____

Birth date (Year only): __1959__  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No            List language and/or dialect:    __SPANISH_____

Matter to be SEALED:    ☒ Yes    ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____  on _____

Charging Document:    ☐ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  **OCTOBER 14, 2004**        Signature of AUSA _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     JULIO CARRION SANTIAGO _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _____

**County** _MIDDLESEX/WORCESTER_    **Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _04 mj 500_
Same Defendant _____    New Defendant _____  _(w2)_
Magistrate Judge Case Number    _____
Search Warrant Case Number    _____
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  _PEDRO ALBERTO MIRANDA_____    Juvenile  [ ] Yes  [X] No

Alias Name  _TAVO_____

Address  _212 WILDER ST., LOWELL, MA_____

Birth date (Year only): _1969_  SSN (last 4 #): _____  Sex ___ Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  _DENISE CASPER_____    Bar Number if applicable _____

**Interpreter:**  [X] Yes  [ ] No    **List language and/or dialect:**  _SPANISH_____

**Matter to be SEALED:**  [X] Yes  [ ] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____  in _____.
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:    Ordered by _____  on _____

**Charging Document:**    [X] Complaint    [ ] Information    [ ] Indictment

**Total # of Counts:**    [ ] Petty _____    [ ] Misdemeanor _____    [X] Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  OCTOBER 14, 2004**    **Signature of AUSA:** _Denise G. Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    PEDRO ALBERTO MIRANDA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City** _____  **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____   Case No. 04mj 500
                                  Same Defendant _____   New Defendant _____ (RB)
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  REYNALDO RIVERA _____    Juvenile  ☐ Yes  ☒ No

Alias Name   REY _____

Address   235 18TH ST., APT 204 DRACUT, MA _____

Birth date (Year only):  1978  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE CASPER _____  **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No    **List language and/or dialect:**   SPANISH _____

**Matter to be SEALED:**   ☒ Yes  ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☐     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    REYNALDO RIVERA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____     **Category No.** I _____     **Investigating Agency** DEA _____

**City** _____                  **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04-MJ-500
                                  Same Defendant _____    New Defendant _____   (04)
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE RODRIGUEZ _____     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  261 AILEEN ST 2ND FL. LOWELL, MA _____

Birth date (Year only): 1962  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____     **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No        **List language and/or dialect:**  SPANISH _____

**Matter to be SEALED:**  ☒ Yes  ☐ No

      ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  OCTOBER 14, 2004        **Signature of AUSA:** _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    JOSE RODRIGUEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _____

**County** _MIDDLESEX/WORCESTER_

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No.    _04MJ 500_

Same Defendant _____    New Defendant _____    _(05)_

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _ENRIQUE AGOSTO_____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _1 SHATTUCK ST APT 303, LOWELL, MA_

Birth date (Year only): _1964_  SSN (last 4 #): _____  Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE CASPER_____    **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes ☐ No    **List language and/or dialect:**    _SPANISH_____

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** **OCTOBER 14, 2004**    **Signature of AUSA:** _Denise O. Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    ENRIQUE AGOSTO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 __21 U.S.C. § 846__ | **CONSPIRACY TO DISTRIBUTE HEROIN** | _____ |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency __DEA_____

City _____    Related Case Information:

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. _04mj 500_

Same Defendant _____    New Defendant _____  (06)

Magistrate Judge Case Number    _____

Search Warrant Case Number    _____

R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name __JOSE TORRADO_____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __241 MOODY STREET, LOWELL, MA_____

Birth date (Year only): __1980__ SSN (last 4 #): _____ Sex ____ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____

_____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __SPANISH_____

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document: ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **OCTOBER 14, 2004**    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse
_____

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    JOSE TORRADO _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04mJ500
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____    (07)
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CARLOS SANCHEZ _____    Juvenile  ☐ Yes  ☒ No

Alias Name  CARLITOS _____

Address  270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA _____

Birth date (Year only):  1982  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect:    SPANISH _____

Matter to be SEALED:    ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____  in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____  on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>CARLOS SANCHEZ</u> _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   <u>21 USC § 846</u> | <u>Conspiracy to distribute heroin</u> | _____ |
| Set 2   _____ | _____ | _____ |
| Set 3   _____ | _____ | _____ |
| Set 4   _____ | _____ | _____ |
| Set 5   _____ | _____ | _____ |
| Set 6   _____ | _____ | _____ |
| Set 7   _____ | _____ | _____ |
| Set 8   _____ | _____ | _____ |
| Set 9   _____ | _____ | _____ |
| Set 10  _____ | _____ | _____ |
| Set 11  _____ | _____ | _____ |
| Set 12  _____ | _____ | _____ |
| Set 13  _____ | _____ | _____ |
| Set 14  _____ | _____ | _____ |
| Set 15  _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** I _____   **Investigating Agency** DEA _____

**City** _____   **Related Case Information:**                                     04-500

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. _____ (08)
                                 Same Defendant _____   New Defendant _____
                                 Magistrate Judge Case Number   _____
                                 Search Warrant Case Number   _____
                                 R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   LUIS R. SANCHEZ _____   Juvenile   ☐ Yes   ☒ No

Alias Name   PITO _____

Address   427 ROSEWOOD LANE, LOWELL, MA _____

Birth date (Year only):   1974   SSN (last 4 #): _____   Sex ___   Race: _____   Nationality: _____

Defense Counsel if known: _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER _____   Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:   SPANISH _____

Matter to be SEALED:   ☒ Yes   ☐ No

        ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:** OCTOBER 14, 2004          **Signature of AUSA:** _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    LUIS R. SANCHEZ** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __DEA__

City _____    Related Case Information:

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. _04 mj 500_
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number _____   (09)
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __EDWIN TORREZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only): __1965__  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect: __SPANISH_____

Matter to be SEALED:    ☒ Yes    ☐ No

        ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  **OCTOBER 14, 2004**    Signature of AUSA: _Denise J. Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    EDWIN TORREZ** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04mJ500

Same Defendant _____    New Defendant _____    (10)

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ZULEIMA REYES _____    Juvenile  ☐ Yes  ☒ No

Alias Name   LINDA _____

Address   10 CONLON TERRACE, LOWELL, MA _____

Birth date (Year only):  1979  SSN (last 4 #): _____  Sex _____  Race: _____    Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER _____    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:   SPANISH _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**  ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA** _Denise J. Casper_ _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     ZULEIMA REYES _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I    **Investigating Agency** DEA_____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04mj500
Same Defendant _____    New Defendant _____ (11)
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** SANTIAGO ARROYO_____    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE_____

**Birth date (Year only):** 1983  **SSN (last 4 #):** _____  **Sex** ___  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** SPANISH_____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** OCTOBER 14, 2004    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    SANTIAGO ARROYO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**