UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04MJ0500-RBC

UNITED STATES OF AMERICA

v.

JOSE TORRADO

**MOTION BY JOSE TORRADO TO MODIFY CONDITIONS OF RELEASE [ASSENTED]**

Now comes the defendant and moves this Honorable Court to modify his conditions of release so that he may leave his home for three hours for the purpose of getting married. If the Court approves this modification, he will be married at the Lowell City Hall, 375 Merrimack Street, Lowell, MA 01852 on December 13, 2004 at 1:00 p.m.. The Lowell City Hall is located near his residence. He will depart on December 13, 2004 at 12 :30 p.m. and will return to his residence by 3:30 p.m.. Chris Wylie, his Pretrial Services supervisor, does not oppose this modification. Denise Caspar, the assistant United States Attorney has assented to it.

Respectfully submitted,

By his attorney

  /s/ Lenore Glaser
Lenore Glaser, Esq.
25 Kingston Street
6th Floor
Boston, MA 02111
(617) 753-9988
BBO #: 194220

Assented by:

  /s/ Denise Caspar
Denise Caspar,
Assistant U.S. Attorney
U.S. District Court
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: November 30, 2004